

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Rafael Reyes,                                          * From the 259th District
                                                               Court of Jones County,
                                                               Trial Court No. 010822.

Vs.   No. 11-13-00206-CR                    * June 18, 2015

The State of Texas,                              * Opinion by Willson, J.
                                                               (Panel consists of: Wright, C.J.,
                                                               Willson, J., and Bailey, J.)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.